DOWD, J.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| FGFW IV LLC, | ) |
| | ) CASE NO. ED CV 08-792 DDD |
| Plaintiff, | ) |
| | ) |
| v. | ) O R D E R |
| | ) |
| City of Victorville, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

I.  Introduction

This case is now on the docket of the undersigned judge. The complaint was filed on June 13, 2008. On October 2, 2008, the District Court published an order denying the defendants' motion to dismiss. *See* Docket 36. On October 27, 2008, the District Court stayed all proceedings in this action for a period of not less than six months and ordered joint status reports to be filed at 60-day intervals. Five such reports have been filed. The last report was filed November 16, 2009. *See* Docket 62. Each report is an exercise in brevity and states "the parties hereby jointly confirm that the parties are proceeding satisfactorily toward resolution and final settlement of this matter."

II.  New Orders

The stay heretofore granted is hereby lifted. Discovery is open and shall be completed by March 31, 2010. Motions for summary judgment shall be filed no later than April 16, 2010 with responses due May 7, 2010 and replies, if any, by May 21, 2010.

Any objections to the new orders must be filed no later than December 23, 2009 with a

(5:08 CV 792-DDD)

demonstration of good cause as to why the new orders should be vacated.[1]

    IT IS SO ORDERED.

| December 4, 2009 | /s/ David D. Dowd, Jr. |
|---|---|
| Date | David D. Dowd, Jr. |
|  | U.S. District Judge |

---

[1] At this point, the Court has no definitive plans for trial work in California, and those plans will await a determination of the status of each of the cases assigned to this branch of the court.